UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROSS WEINTRAUB Derivatively on Behalf of CHARLES RIVER LABORATORIES INTERNATIONAL, INC.,<br><br>    Plaintiff,<br>v.<br><br>JAMES C. FOSTER, DAVID R. SMITH, FLAVIA PEASE, NANCY C. ANDREWS, ROBERT J. BERTOLINI, DEBORAH T. KOCHEVAR, GEORGE LLADO, SR., MARTIN W. MACKAY, GEORGE E. MASSARO, CRAIG B. THOMPSON, RICHARD F. WALLMAN, VIRGINIA M. WILSON, STEPHEN D. CHUBB, GEORGE M. MILNE, JR. and C. RICHARD REESE,<br><br>    Individual Defendants,<br>-and-<br><br>CHARLES RIVER LABORATORIES INTERNATIONAL, INC., a Delaware corporation,<br><br>    Nominal Defendant. | Case No. |

## MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL

Plaintiff Ross Weintraub ("Plaintiff") moves for an order permitting the filing of the Complaint in this action under seal. The grounds for this motion are as follows:

This is an action brought on behalf of nominal defendant Charles River Laboratories International Inc. (the "Company"). Plaintiff is a stockholder of the Company and through this action brings claims against certain of the Company's directors and officers ("Defendants") arising from their alleged violations of the Securities Exchange Act of 1934, as amended, breaches of fiduciary duties, and other violations of law.

1

Prior to filing this action, Plaintiff made a demand for books and records of the Company pursuant to 8 Del. C. § 220 ("Demand"). The Company agreed to produce certain of the requested books and records, conditioned on Plaintiff's entry into a Confidentiality Agreement ("Agreement"). Pursuant to the Agreement, the Company was permitted to—and did—designate information within the books and records production as "Confidential Information" as the Demand sought "non-public, confidential, proprietary or commercially sensitive information of Charles River."

Additionally, the Agreement provides that any Confidential Information used in any complaint shall be initially filed under seal.

A substantial amount of information cited and relied upon in the Complaint is drawn from the books and records production, and specifically from documents that were designated Confidential Information by the Company pursuant to the Agreement. Among other things, these documents include minutes of meetings of the Company's board of directors and committees thereof. Accordingly, Plaintiff is obligated to initially file such information under seal. To the best of the Plaintiff's knowledge, none of this information is publicly available.

Plaintiff will submit a public version of the Complaint that redacts confidential information within 7 days.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion to file the Complaint under seal.

| | |
|---|---|
| Dated: August 2, 2024 | Respectfully submitted, |
| Of Counsel: | **FARNAN LLP** |
| Gregory M. Nespole<br>Daniel Tepper<br>Correy A. Suk<br>Sidharth Kakkar<br>**LEVI & KORSINSKY, LLP**<br>33 Whitehall Street, 17th Floor<br>New York, NY 10004<br>T. 212.363.7500<br>F. 212.363.7171<br>gnespole@zlk.com<br>dtepper@zlk.com<br>csuk@zlk.com<br>skakkar@zlk.com | /s/ Michael J. Farnan<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com |
| Michael J. Hynes<br>Ligaya T. Hernandez<br>**HYNES & HERNANDEZ, LLC**<br>101 Lindenwood Drive, Suite 225<br>Malvern, PA 19355<br>T. 484.875.3116<br>F. 484.875.9273<br>mhynes@hh-lawfirm.com<br>lhernandez@hh-lawfirm.com | *Attorneys for Plaintiff* |